IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DOUGLAS ARTHUR IVERS

     Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE; FEDERAL BUREAU OF
ALCOHOL, TOBACCO, FIREARMS AND
EXPLOSIVES; FEDERAL BUREAU OF
INVESTIGATION,

     Defendants.

3:15-cv-02101-PK

FINDINGS AND
RECOMMENDATION

PAPAK, Magistrate Judge:

     Plaintiff Douglas Arthur Ivers filed this *pro se* action *in forma pauperis* on November 09,
2015. On February 2, 2016, the court dismissed Plaintiff's Complaint and granted Plaintiff leave
to amend his Complaint within 30 days. The 30-day deadline has now passed, and Plaintiff has
not filed an amended complaint. Consequently, I recommend that this case be dismissed with
prejudice.

## SCHEDULING ORDER

     The Findings and Recommendation will be referred to a district judge. Objections, if
any, are due fourteen (14) days from service of the Findings and Recommendation. If no
objections are filed, then the Findings and Recommendation will go under advisement on that
date. If objections are filed, then a response is due fourteen (14) days after being served with a
copy of the objections.

/ /

FINDINGS AND RECOMMENDATION—PAGE 1

When the response is due or filed, whichever date is earlier, the Findings and Recommendation

will go under advisement.


Dated this 14th day of March, 2016.


/s/ _____

Honorable Paul Papak

United States Magistrate Judge


FINDINGS AND RECOMMENDATION—PAGE 2